# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CAVALIER,<br><br>                             Plaintiff,<br><br>  vs.<br><br>COUNTY OF SAN DIEGO;<br>WILLIAM GORE, Sheriff;<br>SGT. KAMOSS, Deputy Sheriff;<br>LT. MONTGOMERY, Lt. Sheriff;<br>BABCOCK #0106, Deputy Sheriff;<br>EDGE #4706, Deputy Sheriff;<br>LUSARDI, #0159, Deputy Sheriff;<br>MARTINEZ, #3156, Deputy Sheriff;<br>SOBASZEK, #3209, Deputy Sheriff;<br>TALAMANTEZ, # 6351, Deputy Sheriff;<br>J. NAVARRO, #4431, Deputy Sheriff;<br>SPALSBURY, #0508, Deputy Sheriff; and<br>GONZALEZ #0109, Deputy Sheriff,<br><br>                            Defendants. | Civil No.   14cv1691 WQH (DHB)<br><br>**ORDER** |

HAYES, Judge:

    On September 25, 2014, Defendants Babcock, Edge, Gonzalez, Kamoss, Lusardi, Martinez, Montgomery, Navarro, Sobaszek, Spalsbury, and Talamantez ("Moving Defendants") filed the motion to dismiss for failure to state a claim. (ECF No. 18). The docket reflects that Plaintiff Marcos Cavalier did not file an opposition. On May 13, 2015, United States Magistrate Judge David H. Bartick issued the Report and

1 Recommendation, recommending that the motion to dismiss be granted, that the
2 Complaint be dismissed, that Plaintiff be granted leave to amend, and that Plaintiff be
3 ordered to show cause for failure to serve Defendant County of San Diego and Defendant
4 Gore. (ECF No. 24). The magistrate judge gave the parties until June 10, 2015 to file
5 any objections to the Report and Recommendation. The docket reflects that no objections
6 have been filed.

7 IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 24)
8 is ADOPTED as follows: page one to page fifteen, line nine, and page forty-four, line
9 eighteen, through page forty-six. The motion to dismiss (ECF No. 18) is GRANTED.
10 The Complaint is DISMISSED without prejudice as to the Moving Defendants. Plaintiff
11 is granted leave to amend. No later than **forty-five (45) days** from the date this Order is
12 filed, Plaintiff may file a First Amended Complaint. If Plaintiff does not file a First
13 Amended Complaint within that time, the Clerk of the Court shall close the case without
14 further Order of the Court.

15 This Order constitutes notice to Plaintiff that the Court will dismiss this action
16 without prejudice with respect to Defendants County of San Diego and Gore **forty-five**
17 **(45) days** from the date of this Order, unless, before that date, Plaintiff files proof that
18 service of the Summons and Complaint has been effectuated upon Defendants County of
19 San Diego and Gore.

20 DATED: June 19, 2015

**WILLIAM Q. HAYES**
United States District Judge